**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  June 8, 2026

Mr. Steven D. Marcus
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, N.W.
Washington, DC 20005

Mr. Joshua Sean Smith
Office of the Attorney General of Michigan
P.O. Box 30217, 4th Floor
Lansing, MI 48909

  Re:  Case No. 25-1140
    *Kushawn Miles-El v. MI, et al*
    Originating Case No. 2:23-cv-00031

Dear Counsel:

 This letter serves as a correction to the information presented in the *Oral Argument Letter* dated today's date of June 8, 2026.  **The starting time for oral argument has been changed from 9:00 a.m. to 8:30 a.m. (Eastern Time) on Wednesday, July 29, 2026.**

          Sincerely yours,

          s/Karen S. Fultz
          Calendar Deputy

cc: Mr. Shay Dvoretzky
  Mr. Parker Andrew Rider-Longmaid
  Mr. Samuel Weiss