# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 25-1140 _____

2. Case Caption (Short Title): Kushawn Miles v State of Michigan, et al _____

3. Argument is scheduled for _(time)_ 8:30 am ___ on _(day, date)_ Wednesday, July 29, 2026 _____ and will be held:

   [✓] Live (In Person)          [ ] by Video          [ ] by Telephone

4. I, Christopher Alex _____, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner    [ ] Amicus Curiae      [ ] Other (please specify below):

   [✓] Appellee / Respondent     [ ] Intervenor         _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): State of Michigan, Michigan Department of Corrections, Bureau of Health Services, Adam Pancheri, Dean Potila, Sarah Schroeder

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: 1 ___

   B. Total number of minutes (in whole minutes only) to be shared: 15 ___

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): n/a ___

   D. Your assigned minutes (in whole minutes only): 15 ___

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*