**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 27, 2026

Mr. Christopher Alex
Office of the Attorney General
of Michigan
P.O. Box 30217
4th Floor
Lansing, MI 48909

Re: Case No. 25-1140
*Kushawn Miles-El v. MI, et al*
Originating Case No. 2:23-cv-00031

Dear Mr. Alex,

This is to advise that the court directs you to file a response to the petition for rehearing en banc in the above case.

Your response, not to exceed 3900 words, must be electronically filed not later than the close of business on **November 10, 2026**.

Please note that no extensions will be granted.

Sincerely yours,

s/Robin L. Baker
En Banc Coordinator
Direct Dial No. 513-564-7014

cc: Mr. Shay Dvoretzky
Mr. Steven D. Marcus
Mr. Parker Andrew Rider-Longmaid
Mr. Samuel Weiss