No. 25-1140

In the
**United States Court of Appeals**
**for the Sixth Circuit**

KUSHAWN MILES-EL,

*Plaintiff-Appellant*,

v.

STATE OF MICHIGAN, *ET AL.*,

*Defendants-Appellees*.

On Appeal from the United States District Court for the Western District of Michigan, Case No. 2:23-cv-31, Hon. Jane M. Beckering, *United States District Judge*

# MOTION FOR STEVEN MARCUS TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT KUSHAWN S. MILES-EL

Samuel Weiss
RIGHTS BEHIND BARS
1800 M. St. NW
Fnt. 1 Suite 33921
Washington, DC 20033

Shay Dvoretzky
Parker Rider-Longmaid
*Counsel of Record*
Steven Marcus
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
Telephone: 202-371-7000
steven.marcus@skadden.com

*Counsel for Plaintiff-Appellant Kushawn S. Miles-El*

# MOTION FOR STEVEN MARCUS TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT KUSHAWN S. MILES-EL

Steven Marcus hereby moves to withdraw as counsel for Plaintiff-Appellant Kushawn S. Miles-El in this matter. Steven Marcus is departing Skadden, Arps, Slate, Meagher & Flom LLP to begin employment as a public defender. The other undersigned counsel will continue to represent Kushawn S. Miles-El in this matter, and Parker Rider-Longmaid will henceforth be counsel of record. Accordingly, Steven Marcus respectfully requests that this Court grant him leave to withdraw as counsel.

Dated: October 30, 2026

Respectfully submitted,

/s/ Steven Marcus

Shay Dvoretzky
Parker Rider-Longmaid
*Counsel of Record*
Steven Marcus
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Ave. NW
Washington, DC 20005
Telephone: 202-371-7000
steven.marcus@skadden.com

Samuel Weiss
RIGHTS BEHIND BARS
1800 M St. NW
Fnt. 1 Suite 33921
Washington, DC 20033

*Counsel for Plaintiff-Appellant Kushawn S. Miles-El*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that (1) this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because, as calculated by Microsoft Word, it contains 64 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f); and (2) this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6), and Circuit Rule 32(A), because it has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Book Antiqua font.

Dated: October 30, 2026

*/s/ Steven Marcus*
Steven Marcus

*Counsel for Plaintiff-Appellant*
*Kushawn S. Miles-El*

**DECLARATION OF STEVEN MARCUS IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF-APPELLANT KUSHAWN S. MILES-EL**

I, Steven Marcus, hereby declare as follows:

1. I represent Plaintiff-Appellant Kushawn S. Miles-El in the above-captioned case.

2. The facts set forth in the foregoing motion are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2026

*/s/ Steven Marcus*
Steven Marcus

*Counsel for Plaintiff-Appellant Kushawn S. Miles-El*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 30, 2026

*/s/ Steven Marcus*
Steven Marcus

*Counsel for Plaintiff-Appellant Kushawn S. Miles-El*