**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 25, 2026

Mr. Steven D. Marcus
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, N.W.
Washington, DC 20005

Re: Case No. 25-1140
*Kushawn Miles-El v. MI, et al*
Originating Case No. 2:23-cv-00031

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
En Banc Coordinator: Robin
Direct Dial No. 513-564-7014

cc: Mr. Christopher Alex
Mr. Shay Dvoretzky
Mr. Parker Andrew Rider-Longmaid
Mr. Samuel Weiss

Enclosure